**Deny and Opinion Filed May 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00576-CV
### No. 05-14-00577-CV
### No. 05-14-00578-CV

### IN RE LUIS GARCIA FUENTES, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1312634**

**Trial Court Cause No. F-1312633**

**Trial Court Cause No. F-1312632**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Relator files this petition for writ of mandamus alleging that the trial court has failed to follow the proper procedures in determining his pre-trial writ of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein. This Court has not been given general supervisory control over district and county courts. *Texas Emp. Ins. Ass'n v. Kirby*, 150 S.W.2d 123, 126 (Tex. Civ. App.—Dallas 1941, no writ); *see also Guillory v. Davis*, 527 S.W.2d 465, 466 (Tex. Civ. App.—Beaumont 1975, no writ). In a criminal case, an applicant for mandamus relief must establish that he has no adequate remedy at law to redress the harm he has suffered, and he must show that the act he seeks to compel or prohibit does not involve a discretionary or judicial decision. *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim.

App. 2009).  The record before the Court shows relator has not met this standard. *See* TEX. R.

APP. P. 52.8(a).  Accordingly, we **DENY** the petition for writ of mandamus.


/Lana Myers/
LANA MYERS
JUSTICE

140576F.P05